**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** DEA |
| **City** Lowell | **Related Case Information:** | |
| **County** Middlesex | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number 21-6719-MPK -- 21-6722-MPK | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name: Pedro Torres          Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Lowell, Mass.

Birth date (Yr only): 1992   SSN (last4#): _____   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Scott Gleason          Address: Haverhill, Mass.

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Evan Panich          Bar Number if applicable: 681730

**Interpreter:** ☐ Yes ☑ No          List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/04/2023          Signature of AUSA: *Digitally signed by EVAN PANICH Date: 2023.10.04 09:33:34 -04'00'*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**  _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. s. 841(a)(1) | Possession with intent to distribute more than 400g of fentanyl | 1 |
| | | Forfeiture Allegation | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____